# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 18-1819 CAS (MRW) | Date | October 9, 2018 |
| Title | Jeffrin Alfredo Sosa-Aleman v. Kirstjen Nielsen et al | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: DISMISSAL

    Petitioner filed a notice dismissing the petition. (Docket # 10.)  This action is dismissed without prejudice.